```
 1  JOHN M. GORE
    Acting Assistant Attorney General
 2  Civil Rights Division

 3  FARA GOLD
    Special Litigation Counsel
 4  MAURA WHITE
    Trial Attorney
 5  Criminal Section, Civil Rights Division
    United States Department of Justice
 6  601 D ST NW
    Washington, DC 20004
 7  202-305-1896/202-616-5103
    fara.gold@usdoj.gov/maura.white@usdoj.gov
 8
    Attorneys for Plaintiff
 9  United States of America
```

**FILED**

SEP 25 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of The Person of Eric Scott Kindley, 2073 Sundance Avenue, Manteca, CA, 95337, a white Dodge Caravan, California License Plate 6GVH226, a silver iWatch with a black band, and a white Apple iPhone | CASE NO. 2:17-SW-0446 KJN<br><br>ORDER UNSEALING WARRANT |

This matter came before the Court on the United States' request to unseal the search warrant, application, affidavit, and sealing documents in the above-referenced case. For the reasons stated therein, and good cause showing, IT IS HEREBY ORDERED THAT the search warrant, application, affidavit, and sealing documents in the above-referenced case are unsealed and shall be made part of the public docket.

IT IS SO ORDERED.

DATED: September 25, 2017

_____
HON. CAROLYN K. DELANEY
United States Magistrate Judge

PROPOSED ORDER                                    1