KATHLEEN WOLFE
Deputy Assistant Attorney General
MAURA WHITE
Senior Sex Crimes Counsel
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave., NW, 4CON
Washington, D.C. 20530
Telephone: (202) 532-3827
Maura.White@usdoj.gov

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 17-SW-446 |
|---|---|
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME |
| v. | |
| ERIC SCOTT KINDLEY, | |
| Defendant. | |

Having reviewed the Government's request for an extension of time in this case, the briefing schedule in this matter shall be modified as follows: Government's answer to the Defendant's motion shall be due February 27, 2025, and the Defendant's reply shall be due March 27, 2025.

Dated:  February 6, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE