MAC WARNER
Deputy Assistant Attorney General
SARAH E. HOWARD
Trial Attorney
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave., NW, 4CON
Washington, D.C. 20530
Telephone: (202) 353-5871
Sarah.Howard2@usdoj.gov

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>        v.<br><br>ERIC SCOTT KINDLEY,<br><br>               Defendant. | 17-SW-446 CKD<br><br>ORDER GRANTING EXTENSION OF TIME TO PROVIDE DETAILS REGARDING THE PRESENCE OF CONTRABAND IN THE SEIZED ELECTRONIC DEVICES |

Having reviewed the Government's request for an extension of time to provide details regarding the presence of contraband in the seized electronic devices, the schedule outlined in the Court's March 26, 2025 order (ECF 20) shall be modified as follows: by May 7, 2025, the Government shall provide further detail regarding its position that the electronic devices contain suspected contraband, and the Defendant may file an optional reply within 21 days after the Government's submission.

Dated: April 16, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE