HARMEET K. DHILLON
Assistant Attorney General, Civil Rights Division
SARAH E. HOWARD
Trial Attorney
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave., NW, 4CON
Washington, D.C. 20530
Telephone: (202) 353-5871
Sarah.Howard2@usdoj.gov

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 17-SW-446 |
|---|---|
| Plaintiff, | ORDER GRANTING SECOND EXTENSION OF TIME TO PROVIDE DETAILS REGARDING THE PRESENCE OF CONTRABAND IN THE SEIZED ELECTRONIC DEVICES |
| v. | |
| ERIC SCOTT KINDLEY, | |
| Defendant. | |

Having reviewed the Government's second request for an extension of time to provide details regarding the presence of contraband in the seized electronic devices, the schedule outlined in the Court's March 26, 2025 order (ECF 20) and April 16, 2025 order (ECF 22) shall be modified as follows: by July 7, 2025, the Government shall provide further detail regarding its position that the following electronic devices contain suspected contraband, and Defendant Eric Kindley (the Defendant) may file an optional reply within 21 days after the Government's submission:

- White Apple iPhone 6+, IMEI3544550651495986
- Macbook S/N C02Q61U3GCN3
- White iPAD, model #A1475, S/N DMPMPN0LF4YH
- Black tablet, S/N YFAV0515006759
- Silver iPhone model A1203, S/N 7R726CKVER0
- WD Hard drive, S/N WCAVF2416848
- Apple iMAC S/N C02P305CF813
- Dell Laptop model #P25F, S/N 2794DS1
- Black LG phone MD851, IMEI 014088002071011

- Black Gateway Desktop S/N DTGEEAA003317065FF3000
- Black Gateway Desktop S/N DTGERAA00132900EDA3000
- Blue iPhone Model A1532
- White Hard Drive WD S/N WCC300665072

The remaining items[1] listed in the Search Warrant Return filed in this matter on June 20, 2017 (ECF 3) may be returned to the Defendant upon execution of the Authorization to Transfer Property Ownership filed by the Government on May 7, 2025 (ECF 25-1).

Dated:  May 8, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

[1] Silver iPhone model A1522; IMEI 359318060655134 has been determined not to belong to the Defendant and has been returned to its owner.

ORDER GRANTING SECOND EXTENSION OF TIME