UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:17-sw-00446-CKD |
| Plaintiff, | |
| v. | ORDER |
| ERIC SCOTT KINDLEY, | |
| Defendants. | |

On December 8, 2025, the Court granted the defendant's Motion for Return of Property (ECF 14) subject to the conditions that 1) the defendant complete the Authorization to Transfer Property Ownership previously filed by the government (ECF 18-1 and 25-1); and 2) the government restore certain electronic devices—specifically, those itemized in ECF 30 at 2—to their factory settings before returning them. (ECF 32 at 2.)

On January 20, 2026, the defendant filed a Motion for Reconsideration of Order and Motion for Return of Property (ECF No. 33), which the government has opposed. (ECF No 34.) Defendant thereafter filed a response. (ECF No. 35.)

Defendant continues to assert that the devices should not be restored to factory settings before being returned to him. Defendant has failed to comply with Local Rules 303 and 430.1(i) which govern the filing and consideration of his motion. First, defendant has failed to put forth

1

"new or different circumstances" from the arguments and facts presented in his initial request. Second, there is no evidence that the Court's Order was "clearly erroneous or contrary to law."

As the Court has already found, it is satisfied that the evidence supports the government's assertion that certain of the electronic devices contain Child Sexual Abuse Material (CSAM) which requires them to return the devices to factory settings before releasing them.[1]

In accordance with the above, IT IS ORDERED:

1. Defendant's Motion for Reconsideration of Order and Motion for Return of Property is DENIED.

Dated: March 17, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

[1] Attached to the government's Opposition is an amended Authorization form which correctly reflects which items need to be returned to their factory settings before being returned. (ECF No. 34, Exhibit A.)

2